Harry N. McCOY, et ux, Appellants,

v.

**Norman D. SHIRLEY, et ux, Respondents.**

**No. WD 58986.**

Missouri Court of Appeals, Western District.

Oct. 2, 2001.

Dale Edward Shipley, Warsaw, for appellants.

R. Scott Gardner, Sedalia, for respondents.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, J. and JAMES M. SMART, JR., J.

---

## ORDER

PER CURIAM:

Mr. and Mrs. Harry N. McCoy appeal the trial court's judgment finding that they failed to acquire the disputed parcel of land under the doctrine of adverse possession.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).